AO 91 (Rev. 11/11)  Criminal Complaint

AUSA Diana M. Acosta

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| JUAN MATTA, | ) 20-009-SMM |
| | ) |
| | ) |
| *Defendant(s)* | ) |

FILED BY ____ D.C.

FEB 12 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 11, 2020__ in the county of __St. Lucie__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1709 | Embezzlement of mail, or any article or thing contained therein, while Postal Service employee. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*Complainant's signature*

Curtis Wilkins, Special Agent, United States Postal Service OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 12, 2020

*Judge's signature*

City and state: Fort Pierce, Florida

Shaniek M. Maynard, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF COMPLAINT**

Your affiant, Curtis Wilkins, first being duly sworn state as follows:

1. Your affiant is employed as a Special Agent for the United States Postal Service Office of Inspector General (USPS-OIG), West Palm Beach, Florida and has been so employed for 5 years. As a Special Agent, your affiant has participated in numerous investigations involving violations of federal law including theft and misappropriation of monies and items placed in the United States mails.

2. Your affiant was assigned to investigate allegations of theft from the mails at the Fort Pierce Post Office (FPPO), Fort Pierce, FL. I have personally participated in this investigation and am familiar with it. The facts contained in this affidavit are based on my personal knowledge and observations as well as facts related to me by other Agents of the USPS-OIG. The information contained in this affidavit is submitted for the limited purpose of supplying probable cause for the issuance of a criminal complaint against JUAN MATTA (MATTA) for violations of Title 18, United States Code, Section 1709. I, therefore, have not set forth each and every fact about this investigation. Rather, this affidavit sets forth only those facts that I believe are necessary to establish probable cause in this case.

3. The investigation of this matter was initiated on December 23, 2019, upon receipt of information regarding a redeemed $10 Target gift card at a Target store in Vero Beach, FL on November 24, 2019. On October 2, 2017, Target gift card No. xxx-xxx-xxx-xxx-763 had been mailed to Ronald Surls, 543 Billiar Avenue, Port St. Lucie, FL 34983 from PO Box 1422, Bellmar, NJ 08099. A greeting card containing this Target gift card inside was mailed as a test piece on carrier route 43 in Port St. Lucie, FL upon a complaint of possible mail

theft. For unknown reasons, this gift card was missing for nearly two years. Your affiant contacted Target and requested the transaction information and any photos or videos of the transaction and possible identification of who redeemed the Gift card. Target responded with video, photos and a receipt of the transaction and provided the name of JUAN MATTA as being the customer who redeemed this gift card. MATTA was identified by Target based on a subsequent purchase MATTA was associated with at the Starbucks inside of Target using a debit card with his name on it.

4. Your affiant then sent copies of these surveillance photographs of the subject to Postal management who positively identified MATTA in the Target surveillance photographs as the one using this gift card. Postal Management advised that MATTA is a City Carrier assigned to FPPO and delivers mail to various routes in Port St. Lucie.

5. To further the investigation, on December 11, 2019, your affiant placed a First-Class letter containing Target gift card No. xxx-xxx-xxx-xxx-383 in the mail stream for delivery on Route 67, 34983, the current route for MATTA. This letter was addressed to Mychal Barrow, 875 SE Celtic Avenue, Port St Lucie, FL 34983. If handled properly, this letter should have been brought back to FPPO for further processing. Instead, this gift card was redeemed on December 20, 2019, at the same Target store located in Vero Beach, FL. Your affiant again contacted Target and requested the transaction information and any photos or videos of the transaction and possible identification of who redeemed the Gift card. Target responded with video, photos and a receipt of the transaction using this gift card that included a personal debit card used by JUAN MATTA in conjunction with the Target gift card. Your affiant reviewed the videos and photos of both transactions and in

the first transaction, MATTA caused the gift card to be used. In the second transaction, MATTA used the gift card in conjunction with his debit card.

6. Based upon the above information, the RA prepared an identifiable First-Class letter in a sealed condition containing $200 cash and a $25 Target Gift card on February 11, 2020. This identifiable letter was addressed to Lee Hwa Sook, 792 SE Cavern Avenue, Port St. Lucie, FL 34983. This letter was placed in the US Mail for Route 67, 34983, which MATTA was assigned to on this day.

7. Additionally, this identifiable letter contained an electronic Beacon Transmitter (EBT) that enabled Agents to track the letter. The identifiable letter was kept under continuous electronic surveillance by Agents. The transmitter was also installed so as to alert Agents when the contents were removed from the letter.

8. The beacon transmitter is a small electronic device which emits a five second interval pulse (beep) tone which is inaudible but can be received over a handheld radio. These pulse tones (beeps) will be emitted in five second intervals while the identifiable letter is intact and the cash remains attached to the inside of the letter. When the letter is rifled and the contents are removed from the letter, the signal will quicken to a rapid series of beeps indicating the letter has been opened and the cash has been removed from the letter. Handled properly, MATTA should have brought this identifiable letter back to FPPO for further processing.

9. On February 11, 2020, at approximately 7:15 A.M., your affiant placed an identifiable letter in the mail stream at FPPO, Fort Pierce, FL. At approximately 11:00 AM, Agents

observed MATTA depart the FPPO and start to deliver his route. MATTA was kept under constant surveillance by agents as he performed his mail processing duties.

10. At approximately 12:10 P.M., during his normal route, MATTA opened the identifiable letter and activated the alarm inside the letter. At approximately 12:15 PM, Agents executed a vehicle stop of MATTA's mail truck and removed him from the vehicle. Agents searched the mail truck and discovered the identifiable First-Class letter inside the vehicle under a plastic mail container and the letter was opened.

11. The identifiable letter contained $200 in Cash and a $25 Target Gift Card.

12. MATTA was placed into custody and transported to SLCSO, Fort Piece, FL. MATTA was interviewed by your affiant and Special Agent Kevin Tatton. Prior to the Interview, your affiant advised MATTA of his Miranda Rights and MATTA agreed to be interviewed. During the interview MATTA admitted to his theft activities.

13. Based on the foregoing facts, your affiant submits that probable cause exists to believe that MATTA, while a Postal Service employee, did embezzle mail, or any article or thing contained therein, which had come into his possession intended to be conveyed by mail, in violation of Title 18, United States Code, Section 1709.

Curtis Wilkins
Special Agent
United States Postal Service
Office of Inspector General

Subscribed and sworn to before me in Fort Pierce, Florida, this 12th day of February 2020.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-009-SMM

UNITED STATES OF AMERICA

v.

JUAN MATTA,

                Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___ Yes ✓ No

                Respectfully submitted,

                ARIANA FAJARDO ORSHAN
                UNITED STATES ATTORNEY

BY: _____
                DIANA M. ACOSTA
                ASSISTANT UNITED STATES ATTORNEY
                Florida Bar No.   775185
                101 South U.S. Highway 1, Suite 3100
                Fort Pierce, Florida 34950
                Tel:    772-466-0899
                Fax:    772-466-1020
                Email:  Diana.Acosta@usdoj.gov